IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,   *

v.   *   Criminal No. RDB-20-0331

PETER NA'SHON GREER,
DEFENDANT.   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On April 29, 2021, this Court was advised of non-compliance by the Defendant Peter Na'Shon Greer with conditions of release pending his voluntary surrender to the United States Bureau of Prisons on June 2, 2021 to commence service of the 72-months prison sentence imposed by this Court on March 2, 2021. On May 3, 2021, an audio hearing was conducted with participation by Government counsel, defense counsel, the Defendant, and representatives of the U.S. Probation and Pretrial Services.

For the reasons set forth on the record, IT IS HEREBY ORDERED this 3rd day of May, 2021 that the Defendant Peter Na'Shon Greer shall remain in the third party custody of his mother, Constance Greer, 6310 Woodcrest Drive, Elliccot City, Maryland 21043 until 11:00 a.m. Tuesday May 4, 2021, at which time he is to report to the office of the U.S. Marshal, 6th floor, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201. A failure by Mr. Greer to report at that time will result in the issuance of an arrest warrant by this Court.

_____
Richard D. Bennett
United States District Judge